UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIELLE BELL, ERIN HITCHNER, and
JONATHAN W. WALKER, individually and on
Behalf of all others similarly situated
                            Plaintiffs,                      17 **CIVIL** 3893 (KBF)

               -against-                         **JUDGMENT**

GATEWAY ENERGY SERVICES
CORPORATION and DIRECT ENERGY
SERVICES, LLC,
                            Defendants.
------------------------------------------------------------X

        Both defendants having moved to dismiss, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on November 29, 2017, having rendered its Opinion and Order granting defendants' respective motions to dismiss the SAC at ECF Nos. 41 and 42 without prejudice, and directing the Clerk of Court to terminate this action, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 29, 2017, defendants' respective motions to dismiss the SAC at ECF Nos. 41 and 42 are granted without prejudice; accordingly, this action is closed.

**Dated:** New York, New York
           November 30, 2017

                                                              RUBY J. KRAJICK
                                                              Clerk of Court
                                                   BY:
                                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/1/2017